**W. G. HODGES, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 37040.**

Court of Criminal Appeals of Texas.

June 27, 1964.

No attorney of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

The offense is hunting deer at night; the punishment, assessed by the court, a fine of $200 and 60 days in jail.

The record contains no statement of facts and there are no bills of exception. Nothing is presented for review.

The judgment is affirmed.